**Opinion filed January 26, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00367-CR

_____

## ROEL GARZA, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR-21,147**

## M E M O R A N D U M   O P I N I O N

Roel Garza has filed in this court a motion to dismiss his appeal.  Pursuant to TEX. R.

APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

January 26, 2012

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Kalenak, J.